**MORRIS v. US AIRWAYS, INC.**

[350 N.C. 304 (1999)]

RICHARD K. MORRIS, Employee v. US AIRWAYS, INC., Employer; and PLANET
INSURANCE COMPANY, Carrier; ALEXSIS, INC., Servicing Agent

No. 532A98

(Filed 9 April 1999)

Appeal by defendants pursuant to N.C.G.S. § 7A-30(2) from an unpublished decision of a divided panel of the Court of Appeals, 131 N.C. App. 554, 512 S.E.2d 97 (1998), affirming an opinion and award of the North Carolina Industrial Commission entered 11 June 1997. Heard in the Supreme Court 10 March 1999.

*Walden & Walden, by Daniel S. Walden and Margaret D. Walden, for plaintiff-appellee.*

*Brooks, Stevens & Pope, P.A., by Robert H. Stevens, Jr., Bambee N. Booher, and Joy H. Brewer, for defendant-appellants.*

PER CURIAM.

AFFIRMED.

Justice MARTIN did not participate in the consideration or decision of this case.